IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MICHAEL PUSHA                                                                                    PETITIONER
ADC # 105492

V.                                    CASE NO. 5:19-CV-00161-JM-JTK

DEXTER PAYNE, Director                                                                    RESPONDENT
Arkansas Department of Correction

## JUDGMENT

Pusha's petition for a writ of habeas corpus is dismissed with prejudice.

SO ADJUDGED this 17th day of October, 2019.

_____
UNITED STATES DISTRICT JUDGE